■ In the Matter of MANSHUL CONSTRUCTION CORP., Appellant, v GENETECH BUILDING SYSTEMS, INC., Respondent. [665 NYS2d 562] —In a proceeding pursuant to CPLR article 75 to

stay arbitration, the petitioner appeals from an order of the Supreme Court, Queens County (O'Donoghue, J.), dated March 13, 1996, which, *inter alia,* denied its motion to stay arbitration, granted the respondent's cross motion to compel arbitration, and appointed the American Arbitration Association as a successor arbitrator.

Ordered that the order is affirmed, with costs.

Contrary to the petitioner's contention on appeal, the Supreme Court correctly appointed the American Arbitration Association as a successor arbitrator (*see, Matter of Klines [Green],* 2 AD2d 373, *affd* 3 NY2d 816; 5 NY Jur 2d, Arbitration and Award, § 65).

The petitioner's remaining contentions are either without merit or not properly before this Court. Thompson, J. P., Pizzuto, Santucci and Joy, JJ., concur.